IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

GORDON GOINES,

        *Plaintiff*,

v.        Case No.: **5:14CV00065**

DAVID SHAW and
ROBERT DEAN,

        *Defendants*.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereby stipulate to the dismissal of this action with prejudice as to the only two remaining defendants, David Shaw and Robert Dean, in this case. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

s/Timothy Coffield
Timothy Coffield, Esquire (VSB #83430)
5374 Gordonsville Road
Keswick VA 22947
Phone: 434-218-3133
tc@coffieldlaw.com
*Counsel for Gordon Goines*

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Phone: 434-977-0191
Fax:    434-977-0198
rmilnor@zmc-law.com
*Counsel for David Shaw and Robert Dean*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2016 and true copy of the foregoing was uploaded to the Court's CM/ECF system, which will provide electronic notice to the following:

>Richard H. Milnor, Esquire (VSB #14177)
>Zunka, Milnor & Carter, Ltd.
>414 Park Street, P O Box 1567
>Charlottesville VA 22902
>Phone: 434-977-0191
>Fax: 434-977-0198
>rmilnor@zmc-law.com
>
>Attorney for David Shaw and Robert Dean

BY:   /s/Timothy Coffield